

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00340-CV

ERIC DRAKE                                                        APPELLANT

V.

HSBC BANK, CHASE BANK, AND                                        APPELLEES
CAPITAL ONE BANK

------------

FROM THE 158TH DISTRICT COURT OF DENTON COUNTY
TRIAL COURT NO. 2013-20534-158

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered the parties' "Agreed Motion For Partial Dismissal Of Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss appellant's appeal against appellee Capital One Bank only. *See* Tex. R. App. P. 42.1(a)(1), (b), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

This case shall hereafter be styled "*Eric Drake v. HSBC Bank and Chase Bank.*"

The costs incurred by Capital One are taxed against Capital One, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

DELIVERED:  July 3, 2014